UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAY STEWART,

    Plaintiff,

v.                                       Case No. 3:21-cv-669-MMH-MCR

GWINNETT INDUSTRIES, INC.,
and BMW (US) HOLDING CORP.,

    Defendants.

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 34; Notice) filed on June 1, 2022. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. See Notice at 1. However, Plaintiff has failed to comply with the requirements of Rule 41(a)(1), Federal Rules of Civil Procedure (Rule(s)). This Rule states in pertinent part:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal *signed by all parties* who have appeared in the action.

Rule 41(a)(1) (emphasis added). The Notice filed by Plaintiff is signed only by counsel for Plaintiff. See Notice at 1. Because an answer was filed by

Defendants, in order for a request for dismissal to be effective, it is required to be executed by counsel for all parties who have appeared in this action. See Rule 41(a)(1). Accordingly, the Court will strike the Notice. Plaintiff may file a properly executed stipulation of dismissal with prejudice in order to terminate this action. In light of the foregoing, it is hereby

**ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 34) is **STRICKEN**.

2. The parties shall have until **July 7, 2022**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

3. If the parties have not filed settlement pleadings or a request for additional time by the **July 7, 2022**, deadline, this case will automatically be deemed to be dismissed without prejudice.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record